FILED

2007 JAN 24  PM 3:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case 06cr2121-BEN |
| | ) |
| Plaintiff, | ) |
| | ) **EX PARTE APPLICATION AND** |
| | ) **ORDER TO EXONERATE** |
| | ) **BOND OF A MATERIAL WITNESS** |
| v. | ) **AND REFUND DEPOSIT TO SURETY** |
| | ) |
| GUTBERTO PORTILLO-PARRA, | ) |
| | ) **MATERIAL WITNESS:** |
| Defendant. | ) **EZEQUIEL FUENTES-MEDINA** |
| | ) |
| _____ | ) |

## Ex Parte Application

**I, JAMES C. ALVORD,** attorney for material witness EZEQUIEL FUENTES-MEDINA, submit this ex parte application and order to exonerate the court bond set to secure the attendance of the above-referenced material witness for testimony in this case.

Bond was set at $5,000,00 for this witness, with 10% or $500 posted with the Clerk Cashier's Office.

The bond was posted by surety MARIA GUADALUPE TORRES, who assisted me in the return of the witness to Customs and Border Protection Services on December 8, 2006.

/ / / /

1    Therefore, I am requesting that the court bond posted by Ms.

2    Torres on behalf of the material witness be exonerated and the cash

3    deposited with the Cashier be returned to her.

4
     DATE: December 28, 2006

5                                    S/ James C. Alvord
                                     **JAMES C. ALVORD, Attorney**
6                                    **for the Material Witness**

7                                        **ORDER**

8        **IT IS ORDERED** that bond posed with this Court and deposited

9    with the Clerk of the Court to secure the presence of material

10   witness EZEQUIEL FUENTES-MEDINA, shall be exonerated and the $500.00

11   deposited with the Clerk Cashier be returned to the

12   surety:

13
                          **MARIA GUADALUPE TORRES**
14                             **708 Sprig Way**
                             **Los Banos CA 93635**
15

16
     DATED: 1/23/17
17                                        United States Judge

18

19

20

21

22

23

24

25

26

27

28